# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re: RED GOLD LOGISTICS, LLC                    § Case No. 12-16519-RTL-CMG
                                                  §
                                                  §
                                                  §
Debtor(s)                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Andrea Dobin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $4,800.00 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $256,201.98 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $297,934.02 | |

   3) Total gross receipts of $ 554,136.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $554,136.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 297,934.02 | 297,934.02 | 297,934.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 3,072.85 | 700.00 | 700.00 | 700.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,461,349.48 | 1,538,212.22 | 326,215.12 | 255,501.98 |
| **TOTAL DISBURSEMENTS** | $1,464,422.33 | $1,836,846.24 | $624,849.14 | $554,136.00 |

4) This case was originally filed under Chapter 7 on March 14, 2012. The case was pending for 59 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2017          By: /s/Andrea Dobin
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ESCROW INSTALLMENT PAYMENT | 1229-000 | 54,236.00 |
| LEGAL MALPRACTICE CLAIM v. I. MARC GOLD, ESQ. | 1249-000 | 499,900.00 |
| **TOTAL GROSS RECEIPTS** | | **$554,136.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Russo, Robert | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Russo, Robert | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Russo, Robert | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Russo, Robert | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Andrea Dobin | 2100-000 | N/A | 30,956.80 | 30,956.80 | 30,956.80 |
| Andrea Dobin | 2200-000 | N/A | 53.64 | 53.64 | 53.64 |
| NORRIS, MCLAUGHLIN & MARCUS, P.A. | 3210-000 | N/A | 166,633.33 | 166,633.33 | 166,633.33 |
| NORRIS, MCLAUGHLIN & MARCUS, P.A. | 3210-000 | N/A | 58,683.00 | 58,683.00 | 58,683.00 |
| NORRIS, MCLAUGHLIN & MARCUS, P.A. | 3210-000 | N/A | 27,725.00 | 27,725.00 | 27,725.00 |
| NORRIS, MCLAUGHLIN & MARCUS, P.A. | 3220-000 | N/A | 58.62 | 58.62 | 58.62 |
| NORRIS, MCLAUGHLIN & MARCUS, P.A. | 3220-000 | N/A | 21.88 | 21.88 | 21.88 |
| NORRIS, MCLAUGHLIN & MARCUS, P.A. | 3220-000 | N/A | 746.29 | 746.29 | 746.29 |
| SHARER, PETREE BROTZ & SNYER | 3410-000 | N/A | 2,247.50 | 2,247.50 | 2,247.50 |
| SHARER, PETREE BROTZ & SNYER | 3420-000 | N/A | 2.40 | 2.40 | 2.40 |
| Rabobank, N.A. | 2600-000 | N/A | 72.80 | 72.80 | 72.80 |
| Rabobank, N.A. | 2600-000 | N/A | 80.50 | 80.50 | 80.50 |
| Rabobank, N.A. | 2600-000 | N/A | 72.60 | 72.60 | 72.60 |
| Rabobank, N.A. | 2600-000 | N/A | 85.45 | 85.45 | 85.45 |
| Orloff Lowenbach Stifelman & Siegel | 3991-000 | N/A | 5,000.00 | 5,000.00 | 5,000.00 |
| Rabobank, N.A. | 2600-000 | N/A | 76.84 | 76.84 | 76.84 |
| Rabobank, N.A. | 2600-000 | N/A | 67.91 | 67.91 | 67.91 |
| Rabobank, N.A. | 2600-000 | N/A | 77.18 | 77.18 | 77.18 |
| CLERK, U.S. BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| Rabobank, N.A. | 2600-000 | N/A | 65.25 | 65.25 | 65.25 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 42.36 | 42.36 | 42.36 |
| Rabobank, N.A. | 2600-000 | N/A | 76.47 | 76.47 | 76.47 |
| Rabobank, N.A. | 2600-000 | N/A | 71.67 | 71.67 | 71.67 |
| Rabobank, N.A. | 2600-000 | N/A | 64.64 | 64.64 | 64.64 |
| Rabobank, N.A. | 2600-000 | N/A | 66.86 | 66.86 | 66.86 |
| Rabobank, N.A. | 2600-000 | N/A | 73.68 | 73.68 | 73.68 |
| Rabobank, N.A. | 2600-000 | N/A | 68.96 | 68.96 | 68.96 |
| Rabobank, N.A. | 2600-000 | N/A | 66.57 | 66.57 | 66.57 |
| Rabobank, N.A. | 2600-000 | N/A | 75.65 | 75.65 | 75.65 |
| Rabobank, N.A. | 2600-000 | N/A | 66.37 | 66.37 | 66.37 |

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 73.13 | 73.13 | 73.13 |
| Rabobank, N.A. | 2600-000 | N/A | 70.74 | 70.74 | 70.74 |
| Rabobank, N.A. | 2600-000 | N/A | 39.70 | 39.70 | 39.70 |
| Rabobank, N.A. | 2600-000 | N/A | 20.35 | 20.35 | 20.35 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 13.19 | 13.19 | 13.19 |
| Rabobank, N.A. | 2600-000 | N/A | 17.92 | 17.92 | 17.92 |
| Rabobank, N.A. | 2600-000 | N/A | 252.85 | 252.85 | 252.85 |
| ORLOFF LOWENBACH ET AL | 3991-000 | N/A | -5,000.00 | -5,000.00 | -5,000.00 |
| International Sureties | 2300-000 | N/A | -5.21 | -5.21 | -5.21 |
| Rabobank, N.A. | 2600-000 | N/A | 754.89 | 754.89 | 754.89 |
| Rabobank, N.A. | 2600-000 | N/A | 707.53 | 707.53 | 707.53 |
| Rabobank, N.A. | 2600-000 | N/A | 682.96 | 682.96 | 682.96 |
| Rabobank, N.A. | 2600-000 | N/A | 752.56 | 752.56 | 752.56 |
| Rabobank, N.A. | 2600-000 | N/A | 592.09 | 592.09 | 592.09 |
| Rabobank, N.A. | 2600-000 | N/A | 448.42 | 448.42 | 448.42 |
| Rabobank, N.A. | 2600-000 | N/A | 494.17 | 494.17 | 494.17 |
| Rabobank, N.A. | 2600-000 | N/A | 462.53 | 462.53 | 462.53 |
| Rabobank, N.A. | 2600-000 | N/A | 446.47 | 446.47 | 446.47 |
| Rabobank, N.A. | 2600-000 | N/A | 507.39 | 507.39 | 507.39 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 134.06 | 134.06 | 134.06 |
| Rabobank, N.A. | 2600-000 | N/A | 443.90 | 443.90 | 443.90 |
| Rabobank, N.A. | 2600-000 | N/A | 443.12 | 443.12 | 443.12 |
| Rabobank, N.A. | 2600-000 | N/A | 503.61 | 503.61 | 503.61 |
| Rabobank, N.A. | 2600-000 | N/A | 441.81 | 441.81 | 441.81 |
| Rabobank, N.A. | 2600-000 | N/A | 441.20 | 441.20 | 441.20 |
| Rabobank, N.A. | 2600-000 | N/A | 501.42 | 501.42 | 501.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$297,934.02** | **$297,934.02** | **$297,934.02** |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Internal Revenue Service | 5800-000 | N/A | 700.00 | 700.00 | 700.00 |
| NOTFILED | E-470 Public Highway | 5200-000 | 29.00 | N/A | N/A | 0.00 |
| NOTFILED | State of New Jersey Division of Taxation | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Delaware | 5200-000 | 367.00 | N/A | N/A | 0.00 |
| NOTFILED | State of Texas TTA Division | 5200-000 | 4.80 | N/A | N/A | 0.00 |
| NOTFILED | State of New Jersey EZPass | 5200-000 | 1,142.85 | N/A | N/A | 0.00 |
| NOTFILED | South Orange Municipal Court | 5200-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Westminster Municipal Court | 5200-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Port Authority of NY & NJ | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Maryland Transportation Authority | 5200-000 | 284.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service Special Procedures | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | New York State Thruway Authority | 5200-000 | 255.20 | N/A | N/A | 0.00 |
| NOTFILED | New York City Dept of Finance | 5200-000 | 495.00 | N/A | N/A | 0.00 |
| NOTFILED | DC DMV | 5200-000 | 205.00 | N/A | N/A | 0.00 |
| NOTFILED | Port Authority of NY & NJ | 5200-000 | 90.00 | N/A | N/A | 0.00 |
| NOTFILED | City of Long Branch Office of the Fire Marshal | 5200-000 | 75.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $3,072.85 | $700.00 | $700.00 | $700.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Penske Truck Leasing Co LP | 7100-000 | N/A | 236,219.24 | 123,098.00 | 96,414.24 |
| 2 | Grannum, Manamie | 7100-000 | 160.20 | 160.20 | 160.20 | 125.47 |
| 3 | Chase Paymentech, LLC | 7100-000 | N/A | 9,828.83 | 9,828.83 | 7,698.25 |
| 4 | Transport Funding LLC | 7100-000 | N/A | 9,515.01 | 9,515.01 | 7,452.46 |
| 5 | David Wise & Christina Wise | 7100-000 | N/A | 275,000.00 | 0.00 | 0.00 |
| 6 | E-470 Public Highway | 7100-000 | N/A | 101.60 | 101.60 | 79.58 |
| 7 | I Mark Cohen Law Group | 7100-000 | N/A | 19,639.86 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Moving Direct, LLC | 7100-000 | N/A | 119,236.00 | 0.00 | 0.00 |
| 9 | McCoy, Robert | 7100-000 | N/A | 100,000.00 | 15,000.00 | 11,748.47 |
| 10 | Bush, Tim | 7100-000 | 540.00 | 540.00 | 540.00 | 422.95 |
| 11 | New Jersey American Water | 7100-000 | N/A | 78.50 | 78.50 | 61.48 |
| 12 | De Lage Landen Financial Services Inc | 7100-000 | N/A | 7,863.91 | 7,863.91 | 6,159.26 |
| 14 | Robert Russo | 7100-000 | N/A | 17,520.00 | 17,520.00 | 13,722.22 |
| 15 | Danielle Kesler | 7100-000 | N/A | 7,500.00 | 7,500.00 | 5,874.24 |
| 16 | Gold, David | 7100-000 | 675,000.00 | 735,009.07 | 135,009.07 | 105,743.36 |
| NOTFILED | PaymenTech | 7100-000 | 242.56 | N/A | N/A | 0.00 |
| NOTFILED | NJ Movers Tariff Bureau | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Pai, Natin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Penske Truck Leasing Co LP Schumann Hanlon LLC | 7100-000 | 535,995.16 | N/A | N/A | 0.00 |
| NOTFILED | Quill.com | 7100-000 | 400.08 | N/A | N/A | 0.00 |
| NOTFILED | Pitney Bowes | 7100-000 | 256.59 | N/A | N/A | 0.00 |
| NOTFILED | NJ American Water Co | 7100-000 | 44.42 | N/A | N/A | 0.00 |
| NOTFILED | Marpal Disposal | 7100-000 | 253.88 | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase Bank | 7100-000 | 6,000.50 | N/A | N/A | 0.00 |
| NOTFILED | JPMorgan Chase Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kesler, Danielle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lassiter, April | 7100-000 | 710.00 | N/A | N/A | 0.00 |
| NOTFILED | Robey, Scott | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | LU Electric | 7100-000 | 1,360.77 | N/A | N/A | 0.00 |
| NOTFILED | McCoy, Robert | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ryder Truck Rental | 7100-000 | 18,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Russo, Robert | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TD Bank | 7100-000 | 6,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Titan LLC/FoxLedge | 7100-000 | 173.36 | N/A | N/A | 0.00 |
| NOTFILED | Suriano, Paula George W Wright & Associates LLC | 7100-000 | 9,209.27 | N/A | N/A | 0.00 |
| NOTFILED | SherWeb | 7100-000 | 92.40 | N/A | N/A | 0.00 |
| NOTFILED | Jones, Jared C | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Saada, Philip Albert J. Rescinio. LLC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Transport Funding LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Uyechi, Dennis & Amy | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Weiss, Monika | 7100-000 | 200.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Wise, David & Christina | 7100-000 | 84,535.61 | N/A | N/A | 0.00 |
| NOTFILED | Victory Packaging | 7100-000 | 917.80 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,480.08 | N/A | N/A | 0.00 |
| NOTFILED | Valenty, Thomas | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 1,153.15 | N/A | N/A | 0.00 |
| NOTFILED | Ryder Truck Rental Inc Synter Resource Group | 7100-000 | 1,229.44 | N/A | N/A | 0.00 |
| NOTFILED | Avery, Kira | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ameritel Communications | 7100-000 | 130.10 | N/A | N/A | 0.00 |
| NOTFILED | Apman, Kevin | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gussett, Tina | 7100-000 | 585.00 | N/A | N/A | 0.00 |
| NOTFILED | FedEx Express | 7100-000 | 19.89 | N/A | N/A | 0.00 |
| NOTFILED | Heartland Payment Systems | 7100-000 | 14,732.26 | N/A | N/A | 0.00 |
| NOTFILED | Heartland Payment Systems | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | I Mark Cohen Law Group | 7100-000 | 16,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Hitachi Capital America Corp | 7100-000 | 68,235.59 | N/A | N/A | 0.00 |
| NOTFILED | Electro Watchman | 7100-000 | 440.15 | N/A | N/A | 0.00 |
| NOTFILED | De Lage Landen Financial Services Inc | 7100-000 | 5,700.00 | N/A | N/A | 0.00 |
| NOTFILED | C&C Lift Truck | 7100-000 | 150.22 | N/A | N/A | 0.00 |
| NOTFILED | Boesch, Susan | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Cahoon, Jason | 7100-000 | 33.00 | N/A | N/A | 0.00 |
| NOTFILED | Caldwell, Lynn | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cortijo, Ricardo | 7100-000 | 116.00 | N/A | N/A | 0.00 |
| NOTFILED | Castle, Patricia Josephine | 7100-000 | 7,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Jersey Central Power & Light/JCP&L FirstEnergy | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$1,461,349.48** | **$1,538,212.22** | **$326,215.12** | **$255,501.98** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-16519-RTL-CMG  
**Case Name:** RED GOLD LOGISTICS, LLC  

**Trustee:** (500420) Andrea Dobin  
**Filed (f) or Converted (c):** 03/14/12 (f)  
**§341(a) Meeting Date:** 04/27/12  

**Period Ending:** 02/10/17  

**Claims Bar Date:** 12/31/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 0.00 | 0.00 | | 0.00 | FA |
| 2 | ESCROW INSTALLMENT PAYMENT (u)<br>Subject of Adv. No. 12-2143 | 54,236.00 | 54,236.00 | | 54,236.00 | FA |
| 3 | SECURITY DEPOSITS | 3,800.00 | N/A | | 0.00 | FA |
| 4 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 5 | RED GOLD V MOVING DIRECT | 0.00 | 50,000.00 | | 0.00 | FA |
| 6 | COMMERCIAL LEASE AGREEMENT | 0.00 | 0.00 | | 0.00 | FA |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 0.00 | 0.00 | | 0.00 | FA |
| 8 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 9 | VOID | 0.00 | 0.00 | | 0.00 | FA |
| 10 | LEGAL MALPRACTICE CLAIM v. I. MARC GOLD, ESQ. (u)<br>Threatened to be initiated in State Court | 0.00 | 300,000.00 | | 499,900.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$59,036.00** | **$405,236.00** | | **$554,136.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** June 30, 2015     **Current Projected Date Of Final Report (TFR):** July 12, 2016 (Actual)

Printed: 02/10/2017 11:33 AM    V.13.28

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-16519-RTL-CMG
**Case Name:** RED GOLD LOGISTICS, LLC

**Taxpayer ID #:** **-***3551
**Period Ending:** 02/10/17

**Trustee:** Andrea Dobin (500420)
**Bank Name:** Rabobank, N.A.
**Account:** ******5466 - Checking Account
**Blanket Bond:** $39,709,084.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/01/13 | {2} | NORRIS McLAUGHLIN & MARCUS A/T/A | Turnover of disputed funds pursuant to settlement | 1229-000 | 54,236.00 | | 54,236.00 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.80 | 54,163.20 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.50 | 54,082.70 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.60 | 54,010.10 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 85.45 | 53,924.65 |
| 08/22/13 | 101 | Orloff Lowenbach Stifelman & Siegel | expert witness fee | 3991-000 | | 5,000.00 | 48,924.65 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.84 | 48,847.81 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 67.91 | 48,779.90 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.18 | 48,702.72 |
| 11/14/13 | 102 | CLERK, U.S. BANKRUPTCY COURT | Adversary 12-2143 filing fee | 2700-000 | | 293.00 | 48,409.72 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 65.25 | 48,344.47 |
| 12/16/13 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/16/2013 FOR CASE #12-16519-RTL | 2300-000 | | 42.36 | 48,302.11 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.47 | 48,225.64 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.67 | 48,153.97 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 64.64 | 48,089.33 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.86 | 48,022.47 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.68 | 47,948.79 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.96 | 47,879.83 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.57 | 47,813.26 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 75.65 | 47,737.61 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 66.37 | 47,671.24 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 73.13 | 47,598.11 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 70.74 | 47,527.37 |
| 11/06/14 | 104 | NORRIS, MCLAUGHLIN & MARCUS, P.A. | | | | 35,000.00 | 12,527.37 |
| | | | attorney for Trustee expenses    746.29 | 3220-000 | | | 12,527.37 |
| | | | attorney for Trustee fees    34,253.71 | 3210-000 | | | 12,527.37 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.70 | 12,487.67 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.35 | 12,467.32 |
| 01/13/15 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/13/2015 FOR CASE #12-16519-RTL | 2300-000 | | 13.19 | 12,454.13 |

Subtotals :    $54,236.00    $41,781.87

{} Asset reference(s)

Printed: 02/10/2017 11:33 AM    V.13.28

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-16519-RTL-CMG  
**Case Name:** RED GOLD LOGISTICS, LLC  

**Taxpayer ID #:** **-***3551  
**Period Ending:** 02/10/17  

**Trustee:** Andrea Dobin (500420)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $39,709,084.00   (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.92 | 12,436.21 |
| 02/12/15 | {10} | CNA | Proceeds of Malpractice Suit | 1249-000 | 499,900.00 | | 512,336.21 |
| 02/18/15 | 106 | NORRIS, MCLAUGHLIN & MARCUS, P.A. | outstanding balance due from order 10/22/14 | 3210-000 | | 24,429.29 | 487,906.92 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 252.85 | 487,654.07 |
| 03/02/15 | | ORLOFF LOWENBACH ET AL | Refund of retainer paid to expert -- unused | 3991-000 | | -5,000.00 | 492,654.07 |
| 03/16/15 | | International Sureties | bond premium refund | 2300-000 | | -5.21 | 492,659.28 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 754.89 | 491,904.39 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 707.53 | 491,196.86 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 682.96 | 490,513.90 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 752.56 | 489,761.34 |
| 07/08/15 | 107 | NORRIS, MCLAUGHLIN & MARCUS, P.A. | | | | 166,655.21 | 323,106.13 |
| | | | attorney fees       166,633.33 | 3210-000 | | | 323,106.13 |
| | | | attorney expenses         21.88 | 3220-000 | | | 323,106.13 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 592.09 | 322,514.04 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 448.42 | 322,065.62 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 494.17 | 321,571.45 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 462.53 | 321,108.92 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 446.47 | 320,662.45 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 507.39 | 320,155.06 |
| 01/07/16 | 108 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/07/2016 FOR CASE #12-16519-RTL, Blanket Bond | 2300-000 | | 134.06 | 320,021.00 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.90 | 319,577.10 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 443.12 | 319,133.98 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 503.61 | 318,630.37 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 441.81 | 318,188.56 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 441.20 | 317,747.36 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 501.42 | 317,245.94 |
| 10/05/16 | 109 | Internal Revenue Service | Dividend paid 100.00% on $700.00; Claim# 13; Filed: $700.00; Reference: | 5800-000 | | 700.00 | 316,545.94 |
| 10/05/16 | 110 | Penske Truck Leasing Co LP | Dividend paid 78.32% on $123,098.00; Claim# 1; Filed: $236,219.24; Reference: | 7100-000 | | 96,414.24 | 220,131.70 |
| 10/05/16 | 111 | Grannum, Manamie | Dividend paid 78.32% on $160.20; Claim# 2; Filed: $160.20; Reference: | 7100-000 | | 125.47 | 220,006.23 |
| 10/05/16 | 112 | Chase Paymentech, LLC | Dividend paid 78.32% on $9,828.83; Claim# 3; | 7100-000 | | 7,698.25 | 212,307.98 |

Subtotals :           $499,900.00        $300,046.15

{} Asset reference(s)

Printed: 02/10/2017 11:33 AM    V.13.28

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 12-16519-RTL-CMG | Trustee: | Andrea Dobin (500420) |
| --- | --- | --- | --- |
| Case Name: | RED GOLD LOGISTICS, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******5466 - Checking Account |
| Taxpayer ID #: | **-***3551 | Blanket Bond: | $39,709,084.00 (per case limit) |
| Period Ending: | 02/10/17 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Filed: $9,828.83; Reference: | | | | |
| 10/05/16 | 113 | Transport Funding LLC | Dividend paid 78.32% on $9,515.01; Claim# 4; Filed: $9,515.01; Reference: | 7100-000 | | 7,452.46 | 204,855.52 |
| 10/05/16 | 114 | E-470 Public Highway | Dividend paid 78.32% on $101.60; Claim# 6; Filed: $101.60; Reference: | 7100-000 | | 79.58 | 204,775.94 |
| 10/05/16 | 115 | McCoy, Robert | Dividend paid 78.32% on $15,000.00; Claim# 9; Filed: $100,000.00; Reference: | 7100-000 | | 11,748.47 | 193,027.47 |
| 10/05/16 | 116 | Bush, Tim | Dividend paid 78.32% on $540.00; Claim# 10; Filed: $540.00; Reference: | 7100-000 | | 422.95 | 192,604.52 |
| 10/05/16 | 117 | New Jersey American Water | Dividend paid 78.32% on $78.50; Claim# 11; Filed: $78.50; Reference: | 7100-000 | | 61.48 | 192,543.04 |
| 10/05/16 | 118 | De Lage Landen Financial Services Inc | Dividend paid 78.32% on $7,863.91; Claim# 12; Filed: $7,863.91; Reference: | 7100-000 | | 6,159.26 | 186,383.78 |
| 10/05/16 | 119 | Robert Russo | Dividend paid 78.32% on $17,520.00; Claim# 14; Filed: $17,520.00; Reference: | 7100-000 | | 13,722.22 | 172,661.56 |
| 10/05/16 | 120 | Danielle Kesler | Dividend paid 78.32% on $7,500.00; Claim# 15; Filed: $7,500.00; Reference: Stopped on 01/12/17 | 7100-000 | | 5,874.24 | 166,787.32 |
| 10/05/16 | 121 | Gold, David | Dividend paid 78.32% on $135,009.07; Claim# 16; Filed: $735,009.07; Reference: | 7100-000 | | 105,743.36 | 61,043.96 |
| 10/05/16 | 122 | Andrea Dobin | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 31,010.44 | 30,033.52 |
| | | | Dividend paid 100.00%    30,956.80 on $30,956.80; Claim# ; Filed: $30,956.80 | 2100-000 | | | 30,033.52 |
| | | | Dividend paid 100.00%    53.64 on $53.64; Claim# ; Filed: $53.64 | 2200-000 | | | 30,033.52 |
| 10/05/16 | 123 | NORRIS, MCLAUGHLIN & MARCUS, P.A. | Combined Check for Claims#et_al. | | | 27,783.62 | 2,249.90 |
| | | | Dividend paid 100.00%    27,725.00 on $27,725.00; Claim# ; Filed: $27,725.00 | 3210-000 | | | 2,249.90 |
| | | | Dividend paid 100.00%    58.62 on $58.62; Claim# ; Filed: $58.62 | 3220-000 | | | 2,249.90 |
| 10/05/16 | 124 | SHARER, PETREE BROTZ & SNYER | Combined Check for Claims#et_al. | | | 2,249.90 | 0.00 |

Subtotals :        $0.00        $212,307.98

{} Asset reference(s)

Printed: 02/10/2017 11:33 AM     V.13.28

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-16519-RTL-CMG | **Trustee:** Andrea Dobin (500420) |
| **Case Name:** RED GOLD LOGISTICS, LLC | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5466 - Checking Account |
| **Taxpayer ID #:** **-***3551 | **Blanket Bond:** $39,709,084.00 (per case limit) |
| **Period Ending:** 02/10/17 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 100.00% 2,247.50 on $2,247.50; Claim# ; Filed: $2,247.50 | 3410-000 | | | 0.00 |
| | | | Dividend paid 100.00% 2.40 on $2.40; Claim# ; Filed: $2.40 | 3420-000 | | | 0.00 |
| 01/12/17 | 120 | Danielle Kesler | Dividend paid 78.32% on $7,500.00; Claim# 15; Filed: $7,500.00; Reference: Stopped: check issued on 10/05/16 | 7100-000 | | -5,874.24 | 5,874.24 |
| 01/12/17 | 125 | Danielle Kesler | Dividend paid 78.32% on $7,500.00; Claim# 15; Filed: $7,500.00; ReferenceDividend paid 78.32% on $7,500.00; Claim# 15; Filed: $7,500.00; Reference: | 7100-000 | | 5,874.24 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 554,136.00 | 554,136.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 554,136.00 | 554,136.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$554,136.00** | **$554,136.00** | |

| | |
|---|---|
| Net Receipts : | 554,136.00 |
| Net Estate : | $554,136.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5466** | 554,136.00 | 554,136.00 | 0.00 |
| | $554,136.00 | $554,136.00 | $0.00 |

{} Asset reference(s)

Printed: 02/10/2017 11:33 AM    V.13.28